AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

DISTRICT OF __Colorado__

UNITED STATES OF AMERICA

V.

Larry John Sereut

ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL

CASE NUMBER: 06-mj-01037

CHARGING DISTRICTS
CASE NUMBER: 4:06-mj-20

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the __Southern__ District of __Iowa__; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _____,
*Place and Address*
for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified)

Southern Dist of Iowa Co
E 2nd + Court Ave.

on __or before March 16, 2006__.
*Date and Time*

_____
Signature of Judge

2 March 2006
*Date*

PATRICIA A COAN    US MAGISTRATE JUDGE
*Name of Judge*    *Title of Judge*